UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAURA KARR, | ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| DOW AGROSCIENCES LLC, THE DOW CHEMICAL COMPANY U.S. SEVERANCE PLAN, THE DOW CHEMICAL COMPANY TRANSITION PAYMENT PROGRAM, THE CLAIMS REVIEW COMMITTEE OF THE DOW CHEMICAL COMPANY U.S. SEVERANCE PLAN, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

1:10-cv-00975-LJM-TAB

## ENTRY OF JUDGMENT

Through an Order dated April 19, 2012, the Court granted summary judgment in favor of defendants, Dow Agrosciences LLC, the Dow Chemical Company U.S. Severance Plan, the Dow Chemical Company Transition Payment Program, and the Claims Reviews Committee of the Dow Chemical Company U.S. Severance Plan. Plaintiff, Laura Karr, shall take nothing by way of her complaint. Judgment is entered accordingly.

DATED this 19th day of April, 2012.

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
Deputy Clerk

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Kim F. Ebert
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kim.ebert@ogletreedeakins.com

Bonnie L. Martin
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
bonnie.martin@odnss.com

Michael L. Schultz
PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP
mschultz@parrlaw.com